678

STATE EX REL. ROBERT WAYANS *v.* JOHN WOLFE, WARDEN, NEW HAVEN COMMUNITY CORRECTIONAL CENTER

The state's motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*Ernest J. Diette, Jr.,* assistant state's attorney, for the defendant (John Wolfe).

*William F. Gallagher,* special public defender, for the plaintiff (Robert Wayans).

*Stephen J. O'Neill,* assistant attorney general, for the attorney general (Robert K. Killian).

Argued May 7—decided May 7, 1974

THE CITY NATIONAL BANK OF CONNECTICUT *v.* GUSTAF T. APPELBERG ET AL.

The motion by Raymond F. Ross, Trustee, to dismiss the appeal from the Court of Common Pleas in Fairfield County is granted.

*Raymond F. Ross,* pro se, on the motion.

No appearance for the appellants (defendants Gustaf T. and Jean Appelberg).

Argued May 7—decided May 7, 1974

JOSEPH R. ORZECH *v.* THOMAS J. WYNNE, JR.

The plaintiff's motion for judgment by default in the appeal from the Court of Common Pleas in Hartford County is denied.

*Waldemar J. Lach,* for the appellant (plaintiff).

*Albert G. Murphy,* for the appellee (defendant).